[No. 10174–6–III. Division Three. August 30, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. CLIFFORD E. HOBBS, *Petitioner*.

COWLES PUBLISHING COMPANY, *Respondent*, v. RALPH L. PERKINS, *as District Court Judge, Defendant*.

Appeal from judgments of the Superior Court for Pend Oreille County, Nos. 89–2–00084–5, 89–2–00085–3, Larry M. Kristianson, J., entered August 10, 1989. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Green, A.C.J., and McInturff, J. Pro Tem.